John E. Hearne
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:08-mj-0045-MWM |
| Plaintiff, ) | DISMISSAL; AND |
| ) | PROPOSED ORDER THEREON |
| v. ) | |
| KIT DUONG, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and in the interest of justice, the following charge against the defendant: count one, charging a violation of 36 Code of Federal Regulations section 4.2(b) - Violating an Applicable State Traffic Law - Unlicensed Driver.  The remaining count one, charging the defendant with a violation of 36 Code of Federal Regulations section 4.21, Exceeding the Posted Speed Limit, is not dismissed.

///

///

///

///

///

///

1 | Respectfully submitted.

2 | Dated: July 9, 2008 .

3

4 | /s/   John E. Hearne
John E. Hearne
5 | Legal Officer
NATIONAL PARK SERVICE
6

7 | **ORDER**

8

9

10 | IT IS SO ORDERED.

11 | **Dated:   July 14, 2008**                    /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE
12